No. 01–1464. VISA U. S. A. INC. ET AL. *v.* WAL-MART STORES, INC., ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE BREYER

took no part in the consideration or decision of this petition.